DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HIGHLAND BEACH CLUB CONDOMINIUM ASSOCIATION, INC.,**
Appellant,

v.

**JOEL TODER, MARYLIN TODER,** and **FRED TODER,**
Appellees.

No. 4D17-57

[April 19, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Martin H. Colin, Judge; L.T. Case No. 502016CA001291XXXXMB.

Darrin Gursky, Carolina Sznajderman Sheir and Kelly M. Canfield of Gursky Ragan, P.A., Miami, for appellant.

Shane M. Farnsworth of Shane M. Farnsworth, P.A., Delray Beach, for appellees.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***